**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>NEW YORK CITY OFF-TRACK BETTING CORPORATION,<br><br>                    Debtor.[1] | Chapter 9<br><br>Case No. 09-_____(____) |

## LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

      I, Robert J. Garry, Executive Vice President and Chief Financial Officer of New York Off-Track Betting Corporation, declare under penalty of perjury that I have read the list of creditors holding the 20 largest unsecured claims, attached hereto as Exhibit A, and that it is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
          December 3, 2009

                                    By:  s/ Robert J. Garry

                                        Name: Robert J. Garry
                                        Title: Executive Vice President and Chief Financial Officer

                                        New York City Off-Track Betting Corporation

---

[1] NYC OTB's address is 1501 Broadway, New York, NY 10036.  The Debtor's tax identification number is 13-2664509.

# EXHIBIT A

## LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

Following is the list of the New York City Off-Track Betting Corporation's creditors holding the 20 largest unsecured claims as of October 31, 2009. The list is prepared for filing in this chapter 9 case in accordance with sections 924 and 925 of the Bankruptcy Code and Fed. R. Bankr. P. 1007(d). The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors. The list is based upon the books and records of New York City Off-Track Betting Corporation. Where a claim is deemed disputed, the information presented in the list does not constitute an admission by, nor is it binding upon New York City Off-Track Betting Corporation.

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| 1 | Yonkers Racing Corporation | Robert Galterio, General Manager (914) 968-4200 810 Yonkers Avenue Yonkers, New York 10704 | Shift Settlement, Host Fees Commissions Maintenance of Effort & Contractual Fees | | $18,030,815.23 |
| 2 | New York Racing Association, Inc. | Charles Haywood, President (718) 641-4700 P.O. Box 90 Jamaica, New York 11417 | Shift Settlement, Host Fees Commissions Maintenance of Effort & Contractual Fees | | $14,695,315.07 |
| 3 | NYS Commissioner of Taxation & Finance | Jamie Woodward, Acting Commissioner (518) 457-0260 NYS Department of Taxation & Finance P.O. Box 5058 Albany, New York 12205-0048 | Pari-Mutuel Tax, Unclaimed Tickets, & Other Unclaimed Funds | | $5,806,786.32 |
| 4 | Robert Wilson | Shaevitz & Shaevitz Attys at Law Plaintiff's Attorney (718) 291-3400 148-55 Hillside Avenue Jamaica, NY 11435 | Personal Injury | Disputed | $5,000,000.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| 5  Monticello Raceway | Linda Loughrey, Comptroller (845) 794-4100 ext. 462 P.O. Box 5013, Route 17B Monticello, New York 12701 | Shift Settlement, Host Fees Commissions & Maintenance of Effort | | $4,417,557.17 |
| 6  Zoltan Frenkel | Bernard Weinreb, Esq. Plaintiff's Attorney (845) 369-1019 286A North Main Street P.O. Box 1126 Spring Valley, NY 10977 | Employment Discrimination | Disputed | $3,025,000.00 |
| 7  City of New York Employee Benefits Program | Michael Babette (212) 306-7370 Office of Labor Relations 40 Rector Street, 4th Floor New York, New York 10006 | Medicare Part B Reimbursement and Retiree Health Insurance | | $2,368,694.00 |
| 8  Finger Lakes Racing Assoc., Inc. | Mike Struzyk, Controller - (585) 924-3232 ext. 203 P.O. Box 25250, Farmington, New York 14425 | Shift Settlement, Host Fees Commissions & Contractual Fees | | $2,016,990.97 |
| 9  Nikolaos Topaltzas | Michael T. Ridge Plaintiff's Attorney (718) 590-5400 910 Grand Concourse Suite 1D, Bronx, NY 10451 | Personal Injury/Negligence | Disputed | $2,000,000.00 |
| 10  New York City Employees Retirement System | Michael Goldson (347) 643-3200 335 Adams Street Suite 2300 Brooklyn, New York 11201-3751 | Accrued Pension Liability | | $1,850,477.00 |
| 11  NYS Thoroughbred Breeders Development Fund | Martin Kinsella Executive Director (518) 580-0100 Saratoga Spa State Park 19 Roosevelt Drive, Suite 250 Saratoga Springs, New York 12866 | Statutory Payments | | $1,799,592.77 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| 12  NYS Racing and Wagering Board | Gail Ponti, Secretary to the Board (518) 395-5400 1 Broadway Center, Suite 600 Schenectady, New York 12305 | NYS RWB Regulatory Fee | | $1,703,802.88 |
| 13  Tatyana Pavlovskaya | Melucci, Celauro, Sklar LLP Plaintiff's Attorney (212) 244-6222 26 Broadway Suite 2100, New York, NY 10004 | Personal Injury/Negligence | Disputed | $1,000,000.00 |
| 14  Agriculture & NYS Horse Breeding Development Fund | Peter Gould, Executive Director (518) 436-8713 90 State Street, Room 805 Albany, NY 12207 | Breeder's Commission | | $752,587.75 |
| 15  Leonard Sherp | Dennis A. Maycher P.C. Plaintiff's Attorney (201) 438-7770 935 River Dr. Garfield, NJ 07026 | Negligence | Disputed | $500,000.00 |
| 16  Oak Tree Racing Association (Santa Anita) | Aaron Vercruysse Director of Simulcasting (626) 574-6625 P.O. Box 60014 Arcadia, California 91066 | Shift Settlement Host Fees | | $283,826.44 |
| 17  Churchill Downs, Inc. (Calder) | Whitney Stevens (502) 636-4849 700 Central Avenue Louisville, Kentucky 40208 | Shift Settlement Host Fees | | $174,905.60 |
| 18  Keeneland Association, Inc. | Jessica Green Treasurer (859) 254-3412 4201 Versailles Road P.O. Box 1690 Lexington, Kentucky 40592 | Shift Settlement Host Fees | | $157,789.83 |
| 19  Turf Paradise, Inc. | Patty Chakour, CFO (602) 942-1101 1501 West Bell Road Phoenix, Arizona 85023 | Shift Settlement Host Fees | | $127,943.76 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| 20  Heartland Jockey Club, LTD (Thistledown) | Jim McKinney<br>Finance Manager<br>(614) 871-9600<br>P.O. Box 850<br>Grove City, Ohio 43123 | Shift Settlement Host Fees | | $112,699.16 |