Richard Levin (RL 1651)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for the New York City Off-Track Betting Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>NEW YORK CITY OFF-TRACK BETTING CORPORATION,<br><br>Debtor.[1] | Chapter 9<br><br>Case No. 09-17121 (MG) |

## NOTICE OF HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, in his Courtroom 501, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, on Monday, December 7, 2009, at 10:00 A.M. Eastern Time on the following Motions filed in this case by the Debtor New York City Off-Track Betting Corporation:

- **Omnibus Procedural Motion [Docket No. 7]**

- **Motion to Confirm the Protections of Sections 362, 922, 365 and 904 of the Bankruptcy**

---

[1] NYC OTB's address is 1501 Broadway, New York, NY 10036. The Debtor's tax identification number is 13-2664509.

Code [Docket No. 8].

**PLEASE TAKE FURTHER NOTICE** that an objection, if any, to the relief sought in the Motions must be in writing, conform to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Southern District of New York, and filed (a)(i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-182), which may be accessed (with a password which is available by contacting the Bankruptcy Court's technical assistance at (212) 668-2870, ext. 3522, Monday through Friday, 8:30 a.m. to 5:00 p.m.) through the Internet at the Bankruptcy Court's website at: [www.nysb.uscourts.gov](www.nysb.uscourts.gov), and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on diskette in either Word, WordPerfect, or DOS text (ASCII) format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of an objection, whether filed under section (a), (b) or (c) as set forth in this paragraph, must be delivered directly to the Chambers of the Honorable Martin Glenn, at the above address, so as to be received no later than the time of the hearing. The objection shall be served in accordance with General Order M-182 so as to be received no later than

the time of the hearing on: Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Ave.,

New York, New York 10019, Attn: Richard Levin, Esq.

New York, NY
Dated: December 4, 2009.

                                              CRAVATH, SWAINE & MOORE LLP

                      By :    s/ Richard Levin
                                RICHARD LEVIN (RL 1651)
                                A member of the Firm

                                Worldwide Plaza
                                  825 Eighth Avenue
                                    New York, NY 10019
                                      (212) 474-1000

                                *Attorneys for the New York City Off-*
                                *Track Betting Corporation*