**BRYAN CAVE LLP**
Lawrence P. Gottesman (LG-7061)
Michelle McMahon (MM-8130)
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

*Counsel for New York Thoroughbred
Horsemen's Association, Inc.*

Hearing Date: January 20, 2010 at 11:00 a.m.
Objection Deadline: January 4, 2010 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
––––––––––––––––––––––––––––– x

| | |
|---|---|
| In re: | Chapter 11<br>Case No.: 09-17121 (MG) |
| **NEW YORK CITY OFF-TRACK BETTING CORPORATION** | |
| Debtor. | |

––––––––––––––––––––––––––––—––––x

### JOINDER OF NEW YORK THOROUGHBRED HORSEMEN'S ASSOCIATION, INC. IN THE OBJECTION OF THE NEW YORK RACING ASSOCIATION, INC. TO DEBTOR'S BANKRUPTCY PETITION AND STATEMENT OF QUALIFICATIONS UNDER SECTION 109(C)

The New York Thoroughbred Horsemen's Association, Inc. ("NYTHA"), by and through its undersigned counsel, hereby joins in the Objection Of The New York Racing Association, Inc. To Debtor's Bankruptcy Petition And Statement Of Qualifications Under Section 109(c) (Docket No. 33) (the "Objection"). In support of this Joinder, NYTHA states as follows:

1. On December 3, 2009 (the "Petition Date"), the New York City Off-Track Betting Corporation (the "Debtor") filed a voluntary petition (the "Petition") for relief under chapter 9 of the Bankruptcy Code commencing this bankruptcy case.

2. NYTHA represents the licensed owners and trainers of thoroughbred race horses (collectively, the "Horsemen") that run in the races on which the wagers made by the Debtors' customers are placed. NYTHA negotiates collectively on behalf of the Horsemen, and represents its members before relevant regulatory bodies, national racing boards, and Congress. NYTHA is certified in this capacity by the New York State Racing and Wagering Board.

3. NYTHA objects to the relief sought in the Debtor's bankruptcy petition on the bases set forth in the Objection and joins in and supports the Objection.

4. NYTHA reserves its right to amend and supplement this Joinder, and incorporate to the extent applicable other objections to the Petition filed by other parties in interest.

Dated: January 4, 2010

/s/ Michelle McMahon
**BRYAN CAVE LLP**
Lawrence P. Gottesman, Esq. (LG-7061)
Michelle McMahon, Esq. (MM-8130)
1290 Avenue of the Americas
New York, New York 10104-3300
(212) 541-2000 (tel); (212) 541-4630 (fax)

*Counsel for New York Thoroughbred Horsemen's Association, Inc.*

## CERTIFICATE OF SERVICE

I, Michelle McMahon, hereby certify that on January 4, 2010, a true and correct copy of the foregoing Joinder Of New York Thoroughbred Horsemen's Association, Inc. In The Objection Of The New York Racing Association, Inc. To Debtor's Bankruptcy Petition And Statement Of Qualifications Under Section 109(c) was served upon the following parties in the manner indicated below.

/s/ Michelle McMahon
Michelle McMahon (MM-8130)

**BY US MAIL:**

**Richard B. Levin**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

**Office Of The United States Trustee**
33 Whitehall Street, 21st Floor
New York, NY 10004