UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re

                                                        Chapter 9

NEW YORK CITY OFF-TRACK
BETTING CORPORATION,             Case No. 09-17121 (MG)

                                  Debtor.
-------------------------------------------------------- x

## CORRECTED -
## NOTICE OF APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE OF NEW YORK CITY OFF-TRACK BETTING CORPORATION

      Diana G. Adams, the United States Trustee for Region 2, under 11 U.S.C. §§ 901(a) and 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of New York Off-Track Betting Corporation.

**(1)**     Yonkers Racing Corporation
           (Attn.: Timothy J. Rooney, Jr., Esq., GC)
           810 Yonkers Avenue
           Yonkers, NY 10704
           tel. (914) 968-4200

**(2)**     The New York Racing Association, Inc.
           (Attn.: Pasquale Viscusi, Esq., Asst. GC)
           110-00 Rockaway Blvd.
           Jamaica, NY 11417
           tel. (718) 659-2347

**(3)**     Empire Resorts, Inc. / Monticello Raceway
           (Attn.: Joseph D'Amato, Pres.)
           204 State Road 17-B
           Monticello, NY 12701
           tel. (845) 807-0051

**(4)** District Council 37, Local 2021
(Attn.: Mary J. O'Connell, GC)
125 Barclay Street
New York, NY 10007
tel. (212) 815-1450

**(5)** Finger Lakes Racing Association, Inc.
(Attn.: Christian Riegle, Pres.)
P.O. Box 25250
Farmington, NY 14425
tel. (585) 924-3232

**(6)** Churchill Downs, Incorporated
(Attn.: William E. Mudd, CFO)
700 Central Avenue
Louisville, KY 40208
tel. (502) 636-4400

**(7)** Paramount Leasehold, L.P.
(Attn.: Stan Garber)
c/o Newmark Real Estate, Inc.
125 Park Avenue
New York, NY 10017
tel. (212) 736-8100

Dated: New York, New York
      March 30, 2010                       Respectfully submitted,

                                            DIANA G. ADAMS
                                            UNITED STATES TRUSTEE

By:   */s/ Andrew D. Vélez-Rivera*
       Trial Attorney
       33 Whitehall Street, 21st Floor
       New York, New York 10004
       Tel. No. (212) 510-0500
       Fax. No. (212) 668-2255

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK             )
                                                    : ss
COUNTY OF NEW YORK    )

I, Andrew D. Velez-Rivera, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that on March 29, 2010, I caused to be served a copy of the **NOTICE OF APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE OF NEW YORK OFF-TRACK BETTING CORPORATION** by regular mail upon each of the parties listed on the attached service list by depositing true copies of same in sealed envelopes, with postage pre-paid thereon, in an official depository of the United States Postal Service within the City and State of New York.

Dated: New York, New York                    */s/ Andrew D.Velez-Rivera*

*SERVICE LIST*

Richard Levin, Esq.
Cravath, Swain & Moore
825 Eighth Avenue
New York, NY 10019

Yonkers Racing Corporation
(Attn.: Timothy J. Rooney, Jr., Esq., GC)
810 Yonkers Avenue
Yonkers, NY 10704

The New York Racing Association, Inc.
(Attn.: Pasquale Viscusi, Esq., Asst. GC)
110-00 Rockaway Blvd.
Jamaica, NY 11417

Empire Resorts, Inc. / Monticello Raceway
(Attn.: Joseph D'Amato, Pres.)
204 State Road 17-B
Monticello, NY 12701

District Council 37, Local 2021
(Attn.: Mary J. O'Connell, GC)
125 Barclay Street
New York, NY 10007

Finger Lakes Racing Association, Inc.
(Attn.: Christian Riegle, Pres.)
P.O. Box 25250
Farmington, NY 14425

Churchill Downs, Incorporated
(Attn.: William E. Mudd, CFO)
700 Central Avenue
Louisville, KY 40208

Paramount Leasehold, L.P.
(Attn.: Stan Garber)
c/o Newmark Real Estate, Inc.
125 Park Avenue
New York, NY 10017