**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>NEW YORK CITY OFF-TRACK BETTING CORPORATION,<br><br>Debtor.[1] | Chapter 9<br><br>Case No. 09-17121 (MG) |

## ORDER APPROVING ASSUMPTION OF UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY UNDER 11 U.S.C. § 365(A)

Upon consideration of the First Omnibus Motion (the "**Motion**") for an order (the "**Order**") (a) authorizing the assumption of certain unexpired leases of nonresidential real property (as described in the Motion) in accordance with section 365(a) of the Bankruptcy Code, Rule 6006 of the Federal Rules of Bankruptcy Procedure, and Local Rule 6006-1 and (b) granting related relief, the Court finding that proper and adequate notice of the Motion has been given and that no other or further notice is necessary, and having determined that the relief requested in the Motion is appropriate and authorized by the Bankruptcy Code and the Bankruptcy Rules,

It is hereby **ORDERED**:

1. The Motion is granted.

2. Except as provided in paragraph 3, NYC OTB is authorized to assume the Leases listed on Schedule A hereto, and such Leases and any modification, amendment or other

---

[1] NYC OTB's address is 1501 Broadway, New York, NY 10036. NYC OTB's tax identification number is 13-2664509.

supplements thereto or restatements thereof are deemed assumed, in accordance with section 365(a) of the Bankruptcy Code, effective as of the date of this Order.

3. The hearing on whether NYC OTB is authorized to assume the lease with Feinrose Associates for the premises known as and located at 11114 Flatlands Avenue, Brooklyn, New York is adjourned with the consent of Feinrose Associates to December 21, 2010, at 10:00 AM.

4. The amount to be paid to cure any and all defaults under each Lease in accordance with section 365(b) of the Bankruptcy Code shall be the applicable cure amount, if any, designated on Schedule A hereto.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 16, 2010

                                                           **/s/Martin Glenn**
                                                          MARTIN GLENN
                                          United States Bankruptcy Judge

# SCHEDULE A

**SCHEDULE OF LEASES TO BE ASSUMED**

## Schedule of Leases To Be Assumed

| No. | Lessor | Location | Cure Amount |
|---|---|---|---|
| 1. | **515 Seventh Associates**<br>c/o Blenheim Realty LTD.<br>1001 Avenue of the Americas<br>Suite 418<br>New York, NY 10018 | 515 Seventh Avenue<br>New York, NY 10018 | $207,411.18 |
| 2. | **801-815 Landlord Associates, Inc**.<br>96 Linwood Plaza #415<br>Fort Lee, N.J. 07024 | 801-815 East 241st Street, Bronx, NY 10407 | $13,384.10 |
| 3. | **Argo Management Co., LLC**<br>60 Hillside Avenue<br>Manhasset, NY 11030 | 22-72 31st Street<br>Astoria, NY 11105 | $8,812.15 |
| 4. | **C.Y. Realty Corp.**<br>39 Bowery St.<br>New York, NY 10002 | 7-8 Chatham Sq.<br>New York, NY 10002 | $63,807.26 |
| 5. | **Feinrose Associates**<br>560 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | 11114 Flatlands Avenue<br>Brooklyn, NY 11207 | $7,499.16 |
| 6. | **Haig Dadourian**<br>621 Great Springs Road<br>Bryn Mawr, PA 19010 | 44-05 Queens Blvd.<br>Queens, NY 11104 | $8,228.52 |
| 7. | **Pergament Enterprises of S.I.**<br>1500 Old Northern Boulevard<br>Roslyn, NY 11576 | 2795 Richmond Avenue<br>Staten Island, NY 10314 | $21,133.73 |