Richard Levin (RL 1651)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:    (212) 474-1000
Facsimile:    (212) 474-3700

*Attorneys for Debtor New York City Off-Track
Betting Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 9 |
| NEW YORK CITY OFF-TRACK BETTING CORPORATION, | Case No. 09-17121 (MG) |
| Debtor.[1] | |

**<u>SECOND REVISED AGENDA FOR HEARING ON NOVEMBER 30, 2010 AT
10:00 A.M.</u>**

| | |
|---|---|
| Time and Date of Hearing: | November 30, 2010, at 10:00 A.M. (Eastern Time) |
| Location of Hearing: | Honorable Martin Glenn<br>United States Bankruptcy Court<br>Southern District of New York<br>Courtroom 501<br>One Bowling Green<br>New York, NY 10004 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at https://ecf.nysb.uscourts.gov/. |

---

[1] NYC OTB's address is 1501 Broadway, New York, NY 10036.  The Debtor's tax identification number is 13-2664509.

## CONTESTED MATTER

1. Motion Of New York City Off-Track Betting Corporation For An Order Approving The Disclosure Statement, Establishing A Record Date, Approving Ballots And Solicitation Procedures And Establishing Confirmation Procedures. (Filed: 11/05/2010) **[Docket No. 195]**

   **Objection Deadline:** November 23, 2010, at 5:00 P.M. (Eastern Time)

   ### Objections Received:

   A.  Objection Of Standardbred Owners Association, Inc. To Debtor's Motion Seeking Approval Of A Disclosure Statement And Plan For Distribution To Creditors. (Filed: 11/23/2010) **[Docket No. 211]**

   B.  Objection Of Catskill Off-Track Betting Corp. To The Disclosure Statement For The Debtor's Chapter 9 Plan Of Adjustment. (Filed: 11/23/2010) **[Docket No. 212]**

   ### Responses Received:

   A.  Response Of Yonkers Racing Corporation To The Objection Of The Standardbred Owners Association, Inc. To The Debtor's Motion Seeking Approval Of The Disclosure Statement (Filed: 11/29/2010) **[Docket No. 219]**

   B.  Reply of New York City Off-Track Betting Corporation To Disclosure Statement Objections Of Catskill Off-Track Betting Corp. And Standardbred Owners Association, Inc. (Filed: 11/29/2010) **[Docket No. 223]**

   C.  Statement Of Official Committee Of Unsecured Creditors In Response To Objection Of Standardbred Owners Associations, Inc. To Debtor's Motion Seeking Approval Of Disclosure Statement And Plan For Distribution To Creditors (Filed: 11/29/2010) **[Docket No. 225]**

   ### Related Documents:

   A.  New York City Off-Track Betting Corporation's Debt Adjustment Plan. (Filed: 11/5/2010) **[Docket No. 193]**

   B.  Disclosure Statement In Connection With New York City Off-Track Betting Corporation's First Amended Plan Of Debt Adjustment Under Chapter 9 Dated November 5, 2010. (Filed: 11/5/2010) **[Docket No. 194]**

C.      New York City Off-Track Betting Corporation's First Amended Debt Adjustment Plan.  (Filed: 11/29/2010) **[Docket No. 220]**

D.      Disclosure Statement In Connection With New York City Off-Track Betting Corporation's First Amended Plan Of Debt Adjustment Under Chapter 9 Dated November 29, 2010.  (Filed: 11/29/2010) **[Docket No. 221]**

E.      Blackline of Disclosure Statement In Connection With New York City Off-Track Betting Corporation's First Amended Plan Of Debt Adjustment Under Chapter 9 Dated November 29, 2010.  (Filed: 11/29/2010) **[Docket No. 222]**

**Status:**  This Matter is going forward.

Dated:  November 29, 2010

CRAVATH, SWAINE & MOORE LLP

By :    s/ Richard Levin
        RICHARD LEVIN (RL 1651)
        A member of the Firm

        Worldwide Plaza
          825 Eighth Avenue
            New York, NY 10019
              (212) 474-1000

        *Attorneys for Debtor New York City Off-Track Betting Corporation*