# ANNEX A

**SCHEDULE OF LEASES TO BE REJECTED**

## Schedule of Leases To Be Rejected

| No. | Lease Party | Location | Expiration Date | Rejection Date |
|---|---|---|---|---|
| 1. | **515 Seventh Associates**<br>c/o Blenheim Realty LTD.<br>1001 Avenue of the Americas<br>Suite 418<br>New York, NY 10018 | 515 Seventh Avenue<br>New York, NY 10018 | 8/31/2016 | 12/31/2010 |
| 2. | **801-815 Landlord Associates, Inc**.<br>96 Linwood Plaza #415<br>Fort Lee, N.J. 07024 | 801-815 East 241st Street, Bronx, NY 10407 | 8/31/2015 | 12/31/2010 |
| 3. | **Argo Management Co., LLC**<br>60 Hillside Avenue<br>Manhasset, NY 11030 | 22-72 31st Street<br>Astoria, NY 11105 | 4/21/2014 | 12/31/2010 |
| 4. | **C.Y. Realty Corp.**<br>39 Bowery St.<br>New York, NY 10002 | 7-8 Chatham Sq.<br>New York, NY 10002 | 1/31/2011 | 12/31/2010 |
| 5. | **Feinrose Associates**<br>560 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | 11114 Flatlands Avenue<br>Brooklyn, NY 11207 | 11/30/2013 | 12/31/2010 |
| 6. | **Haig Dadourian**<br>621 Great Springs Road<br>Bryn Mawr, PA 19010 | 44-05 Queens Blvd.<br>Queens, NY 11104 | 8/31/2011 | 12/31/2010 |
| 7. | **Pergament Enterprises of S.I.**<br>1500 Old Northern Boulevard<br>Roslyn, NY 11576 | 2795 Richmond Avenue<br>Staten Island, NY 10314 | 12/31/2013 | 12/31/2010 |
| 8. | **Schindler, Paris, Youngerman**<br>120 North Street<br>Teterboro, NJ 07608 | 991 Second Avenue<br>New York, NY 10022 | 10/31/2013 | 12/31/2010 |