# EXHIBIT A

**PROPOSED ORDER**

Richard Levin (RL 1651)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Debtor New York City Off-Track Betting Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>NEW YORK CITY OFF-TRACK BETTING CORPORATION,<br><br>Debtor.[1] | Chapter 9<br><br>Case No. 09-17121 (MG) |

**[PROPOSED] ORDER AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(A)**

Upon consideration of the Second Omnibus Motion (the "**Motion**") for an order (the "**Order**") (a) authorizing the rejection of certain unexpired leases of nonresidential real property (as described in the Motion) in accordance with sections 365(a) and 901 of the Bankruptcy Code, Rule 6006 of the Federal Rules of Bankruptcy Procedure, and Local Rule 6006-1 and (b) for related relief, the Court finding that proper and adequate notice of the Motion has been given and that no

---
[1] NYC OTB's address is 1501 Broadway, New York, NY 10036. NYC OTB's tax identification number is 13-2664509.

other or further notice is necessary, and having determined that the relief requested in the Motion is appropriate and authorized by the Bankruptcy Code and the Bankruptcy Rules,

It is hereby **ORDERED**:

1. The Motion is granted.

2. NYC OTB is authorized to reject the Leases listed on Schedule A hereto, and such Leases and any modification, amendment or other supplements thereto or restatements thereof are deemed rejected, in accordance with section 365(a) of the Bankruptcy Code, effective as of the date of rejection for each Lease listed on Schedule A, at which time, NYC OTB shall surrender the premises.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2011

_____
UNITED STATES BANKRUPTCY JUDGE

# SCHEDULE A

**SCHEDULE OF LEASES TO BE REJECTED**

## Schedule of Leases To Be Rejected

| No. | Lease Party | Location | Expiration Date | Rejection Date |
|---|---|---|---|---|
| 1. | **515 Seventh Associates** c/o Blenheim Realty LTD. 1001 Avenue of the Americas Suite 418 New York, NY 10018 | 515 Seventh Avenue New York, NY 10018 | 8/31/2016 | 12/31/2010 |
| 2. | **801-815 Landlord Associates, Inc**. 96 Linwood Plaza #415 Fort Lee, N.J. 07024 | 801-815 East 241st Street, Bronx, NY 10407 | 8/31/2015 | 12/31/2010 |
| 3. | **Argo Management Co., LLC** 60 Hillside Avenue Manhasset, NY 11030 | 22-72 31st Street Astoria, NY 11105 | 4/21/2014 | 12/31/2010 |
| 4. | **C.Y. Realty Corp.** 39 Bowery St. New York, NY 10002 | 7-8 Chatham Sq. New York, NY 10002 | 1/31/2011 | 12/31/2010 |
| 5. | **Feinrose Associates** 560 Sylvan Avenue Englewood Cliffs, NJ 07632 | 11114 Flatlands Avenue Brooklyn, NY 11207 | 11/30/2013 | 12/31/2010 |
| 6. | **Haig Dadourian** 621 Great Springs Road Bryn Mawr, PA 19010 | 44-05 Queens Blvd. Queens, NY 11104 | 8/31/2011 | 12/31/2010 |
| 7. | **Pergament Enterprises of S.I.** 1500 Old Northern Boulevard Roslyn, NY 11576 | 2795 Richmond Avenue Staten Island, NY 10314 | 12/31/2013 | 12/31/2010 |
| 8. | **Schindler, Paris, Youngerman** 120 North Street Teterboro, NJ 07608 | 991 Second Avenue New York, NY 10022 | 10/31/2013 | 12/31/2010 |