UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:

**NEW YORK CITY OFF-TRACK
BETTING CORPORATION,**

                            Debtor.
------------------------------------------------------------X

**Hearing Date and Time**
**January 19, 2011 at 10:00 a.m.**

Chapter 9
Case No. 09-17121 (MG)

# RESPONSE OF 2000 ROCKAWAY PARKWAY ASSOCIATES AND 1935 WESTCHESTER AVENUE REALTY ASSOCIATES IN SUPPORT OF MOTION OF DISTRICT COUNCIL 37, LOCAL 2021 FOR APPOINTMENT OF A TRUSTEE PURSUANT TO SECTION 926(a) OF THE BANKRUPTCY CODE

     **2000 Rockaway Parkway Associates** ("Rockaway") and **1935 Westchester Avenue Realty Associates** ("Westchester"), by their counsel, **Robinson Brog Leinwand Greene Genovese & Gluck P.C.**, as and for their Response in Support of the motion of District 37, Local 2021 for Appointment of Trustee pursuant to section 926(a) of title 11 of the United States Code (the "Motion"), respectfully represents as follows:

     1.    Rockaway and Westchester supports the Motion since it appears to be the best, if not only, approach to achieve the recovery and distribution of funds in accordance with the Bankruptcy Code and principals of equity. The Motion should be granted in order to insure that not only the retirees, but all creditors should not be left without any recourse while the recipients of avoidable transfers walk away receiving a huge windfall.

**Dated:** New York, New York
          January 4, 2011

                                      **ROBINSON BROG LEINWAND GREENE
                                      GENOVESE & GLUCK P.C.
                                      Attorneys for 2000 Rockaway Parkway
                                      Associates and Westchester Avenue Realty
                                      Associates**

                                      **By:/S/Robert M. Sasloff**
                                          Robert M. Sasloff
                                    875 Third Avenue, 9th Floor
                                    New York, New York 10022
                                    Tel. No.: 212-603-6300