UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In Re:

    Chapter 9
    Case No. 09-17121 (MG)

**NEW YORK CITY OFF-TRACK BETTING CORPORATION,**

          **Debtor.**
---------------------------------------------------------X   <u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK  )
                     ss.:
COUNTY OF NEW YORK )

    **TINA FOGEL**, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in N.Y., N.Y.

2. On the 4th **day** of **January, 2011,** I served **RESPONSE OF 2000 ROCKAWAY PARKWAY AND 1935 WESTCHESTER AVENUE REALTY ASSOCIATES IN SUPPORT OF MOTION OF DISTRICT COUNCIL 37, LOCAL 2021, FOR APPOINTMENT OF A TRUSTEE PURSUANT TO SECTION 926(a) OF THE BANKRUPTCY CODE** *via FIRST CLASS MAIL* upon:

*Joel Shafferman, Esq.*
*Shafferman & Feldman LLP*
*286 Madison Avenue, Suite 502*
*New York, NY 10017*

*Mark A. Speiser/Sherry Millman/Curtis C. Mechling*
*Stroock & Stroock & Lavan LLP*
*180 Maiden Lane*
*New York, New York 10038*

*Richard B. Levin, Esq.*
*Cravath, Swaine & Moore LLP*
*825 Eighth Avenue*
*New York, NY 10019*

*Marc E. Richards, Esq.*
*Blank Rome, LLP*
*The Chrysler Building*
*405 Lexington Avenue*
*New York, NY 10174-0208*

{00513282.DOC;1 }513282

*Andrew D. Velez-Rivera, Esq.*
*Office of the U.S. Trustee*
*33 Whitehall Street, 21st. Floor*
*New York, NY 10004*


by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

|  |  |
|---|---|
|  | /s/TINA FOGEL |
| Sworn to before me this | **Tina Fogel** |
| **5th** day of **January, 2011** |  |

/s/ Robert M. Sasloff
**Notary Public, State of New York**
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-2014

{00513282.DOC;1 }513282